JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORING WINN WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CHINO VALLEY INDEPENDENT FIRE DISTRICT,<br><br>    Defendant. | Case No. CV12-05935-R (DTBx)<br><br>[Assigned to Hon. Judge Manuel L. Real, Courtroom 8]<br><br>Complaint Filed: July 10, 2012<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>(Exempt from Filing Fee Pursuant to 38 U.S.C. § 4323(h)(1) |

On October 15, 2012 at 10:00 a.m., in Courtroom 8 of the United States District Court for the Central District of California, before the Honorable Manuel L. Real, the following matter came on for hearing:

    1.    Chino Valley Independent Fire District's Motion To Dismiss Complaint Pursuant To Rule 12 (b)(6).

    Judith S. Islas appeared for Defendant Chino Valley Independent Fire District. Ben Thomas-Hamilton appeared for Plaintiff Loring Winn Williams.

    Having considered the moving, opposing and reply papers, as well as the oral argument of counsel at the hearing, the Court rules that the Motion To Dismiss

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

1  Complaint Pursuant To Rule 12(b)(6) is GRANTED as (1) the entire complaint,
2  claims for relief, one through four, is barred by res judicata; (2) the first and second
3  claims for relief are also barred because District Personnel Rule 6.10 is facially
4  non-discriminatory; (3) the third and fourth claims for relief are also barred because
5  the District had no obligation to engage in the interactive process or provide
6  reasonable accommodations to Plaintiff when he never became an applicant for a
7  vacant position or an applicant to whom the District intended to offer employment;
8  and (4) the additional reasons stated by the Court on the record.
9      The entire Complaint is dismissed because the Complaint fails to state a
10 claim upon which relief can be granted.
11 Dated:  October 30, 2012

_____
Honorable Manuel L. Real
United States District Court Judge