LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LORING WINN WILLIAMS, | Case No. CV12-05935-R (DTBx) |
|---|---|
| Plaintiff, | [Assigned to Hon. Judge Manuel L. Real, Courtroom 8] |
| v. | Complaint Filed: July 10, 2012 |
| CHINO VALLEY INDEPENDENT FIRE DISTRICT, | **JUDGMENT** |
| Defendant. | (Exempt from Filing Fee Pursuant to 38 U.S.C. § 4323(h)(1) |

    This Court previously entered an order granting, in its entirety, the Motion to Dismiss brought by Defendant Chino Valley Independent Fire District ("Defendant") pursuant to Rule 12(b)(6), as against Plaintiff Loring Winn Williams ("Plaintiff"), a true and correct copy of which is attached hereto as Exhibit A. This Court now hereby enters Judgment in favor of Defendant and against Plaintiff.

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice, on the merits, Judgment is entered in favor of Defendant

and against Plaintiff, that Plaintiff take nothing, and that Defendant as the prevailing party, recover its costs from Plaintiff.

Dated: Nov. 8, 2012

_____
Honorable Manuel L. Real
United States District Court Judge